In the Matter of the Claims of BEATRICE M. FISHER, Respondent, and ALICE L. FISHER, Appellant, against CHEVROLET-BUFFALO DIVISION OF GENERAL MOTORS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CUSHING, Appellant.— Appeal from a judgment of the County Court of Albany County sentencing the appellant to Clinton State Prison for a term of not less than five nor more than ten years upon his conviction by a jury of the crime of manslaughter in the first degree. The evidence shows that the appellant and a man named Weisel assaulted James Mahar and knocked him down and that he died of a broken neck and fractured skull. An eyewitness to the affray positively identified the appellant as one of Mahar's assailants. We find in the record no error which would warrant a reversal of the judgment. Judgment of conviction unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of DAVID HENDLER, Respondent, against CAYTON BAKERY, INC., and BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Appellant may appeal as a matter of right. (Civ. Prac. Act, § 588, subd. 1; Workmen's Comp. Law, § 23.) Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TESSLER and LESTER N. BALDWIN, Appellants.— Appeal from judgments of conviction of burglary in the third degree. Each of the defendants confessed and made statements in writing. These do not appear to have been obtained by coercion. There was other evidence tending to show the commission of the crime. Any errors that were committed in connection with the receipt or exclusion of evidence do not require a reversal. Judgments of conviction unanimously affirmed. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

### (January 14, 1942.)

WYMAN S. BASCOM, Plaintiff, v. SUPERIOR TRAILER MANUFACTURING CORPORATION and CHARLES EGAN, Defendants.— Motion for stay granted. Restraining order modified by staying the trial and all proceedings until the hearing and determination of the appeal from order granted December 29, 1941. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.